No. 480.   McNEESE ET AL. *v.* BOARD OF EDUCATION FOR SCHOOL DISTRICT 187, CAHOKIA, ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari granted.   *John W. Rogers* and *Earl E. Strayhorn* for petitioners.

No. 476.   BRAUNSTEIN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted limited to the following question:

"1. Whether Section 117 (m) of the Internal Revenue Code of 1939, which provides that gain 'from the sale or exchange . . . of stock of a collapsible corporation' is taxable as ordinary income rather than capital gain, is inapplicable in circumstances where the stockholders would have been entitled to capital gains treatment had they conducted the enterprise in their individual capacities without utilizing a corporation."

*Thurman Arnold, Louis Eisenstein* and *Julius M. Greisman* for petitioners.   *Solicitor General Cox, Acting Assistant Attorney General Jones* and *Harry Baum* for respondent.

No. 458.   WIMAN, WARDEN, ET AL. *v.* ARGO.   C. A. 5th Cir.   Certiorari denied.   *MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for petitioners.

No. 484.   GALLO *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.   *David F. Price* for petitioner.   *Edward S. Silver* and *Aaron E. Koota* for respondent.